RONALD M. FELDMEIER, D29931
*Name and Prisoner Booking Number*

LAPALMA CORRECTIONAL CENTER
*Place of Confinement*

5501 NORTH LAPALMA ROAD
*Mailing Address*

ELOY, ARIZONA  85131
*City, State, Zip Code*

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
RECEIVED ___ COPY
OCT 04 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

RONALD M. FELDMEIER
(Full Name of Plaintiff)
                          Plaintiff,

vs.

(1) P. HAUSER
(Full Name of Defendant)
(2) R. WILLIAMS
(3) UNKNOWN JOHN DOE(S) STAFFERS OF THE
(4) CCA AT LAPALMA CORRECTIONAL CENTER
                          Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CV-13-02027-PHX-DGC(BSB)

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____

2. Institution/city where violation occurred: LAPALMA CORRECTIONAL CENTER (A CCA PRIVATE PRISON)
    ["CCA" IS A THE CORRECTIONS CORPORATION OF AMERICA]

## B. DEFENDANTS

1. Name of first Defendant: __P. HAUSER__. The first Defendant is employed as: __CASE MANAGER, CORRECTIONS CORP. OF AMERICA__ at __LAPALMA CORRECTIONAL CENTER, ELOY, AZ__.
   (Position and Title) (Institution)

2. Name of second Defendant: __R. WILLIAMS__. The second Defendant is employed as: __UNIT MANAGER, CORRECTIONS CORP. OF AMERICA__ at __LAPALMA CORRECTIONAL CENTER, ELOY, AZ__.
   (Position and Title) (Institution)

3. Name of third Defendant: __UNKNOWN EMERGENCY CALL BOX STAFF__. The third Defendant is employed as: __ON DUTY EMER. CALL BOX STAFFERS, PM:10/05/13__ at __LAPALMA CORRECTIONAL CENTER, ELOY, AZ__.
   (Position and Title) (Institution)

4. Name of fourth Defendant: __----__. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __-1-__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __BROWN, ET AL (A CLASS ACTION)__ v. __WARDEN/CHIEF MEDICAL OFFICER, FOLSOM ST. PRISON__
      2. Court and case number: __UNKNOWN__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __SUMMARY JUDGEMENT FOR DEFENDANTS IN THIS 1988 CLASS ACTION MEDICAL ACTION BY FOLSOM INMATES__.

   b. Second prior lawsuit:
      1. Parties: __----__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>EIGHTH AMENDMENT TO THE U.S. CONSTITUTION, RE CRUEL AND UNUSUAL PUNISHMENT; FAILURE TO PROTECT INMATE FROM BATTERY.</u>

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1) IN LATE JULY 2011, AT LAPALMA CORRECTIONAL CENTER, ELOY, AZ, STAFF ASSIGNED ME A NEW CELLMATE, AN INMATE M.K. WILSON. THAT DAY, WILSON EXHIBITED ANGER AND HOSTILITY TOWARD ME, WITH DEMANDS AND THREATENING POSTURES. I WAS VERY CONCERNED. I WAS DIRECTED BY A HOUSING UNIT CORRECTIONAL OFFICER TO SPEAK WITH **CASE MANAGER P. HAUSER**, A DEFENDANT, FOR HIS ASSISTANCE WITH SUCH PROBLEMS.

   2) I TOLD MR. HAUSER THAT MY NEW CELLMATE HAD "A BIG CHIP ON HIS SHOULDER". I TOLD HAUSER OF WILSON'S WILLINGNESS TO USE THREATENING POSTURES, HIS YOUTH AND ENORMOUS MUSCLES TO INTIMIDATE ME. I ASKED HAUSER IF WILSON HAD HAD PREVIOUS PROBLEMS WITH CELLMATES, AND I ASKED HAUSER TO HELP ONE OF US MOVE TO ANOTHER CELL.

   3) HAUSER BRUSHED OFF MY CELL MOVE REQUEST, AND SIMPLY TOLD ME TO LET HIM KNOW IF WILSON'S PROBLEMS GOT WORSE.

   4) INMATE WILSON'S INTIMIDATION, TANTRUMS, AND THREATENING WAYS CONTINUED THROUGH AUGUST. HE ONCE APOLOGIZED TO ME, AFTER A RAGING TANTRUM. HE SPOKE OF HIS LONG PROBLEMS WITH "ANGER ISSUES". HE SAID HIS OWN FAMILY FEARED HIS VIOLENT RAGES. I SUGGESTED HE SEEK PROFESSIONAL HELP.

   [- GO TO <u>ADDITIONAL PAGE, PLEASE</u> -]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   <u>PLAINTIFF HAS ATTACHED A LISTING OF PHYSICAL AND MENTAL INJURIES.</u>
   <u>PLEASE REFER TO THE ATTACHMENT PAGE.</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

D. CAUSE OF ACTION - COUNT ONE #3       ADDITIONAL PAGE

5) In September 2011, Wilson's threats escalated to a threat to "kill" me.

6) I went to Hauser and gave him the details, and I told him of my growing fear of a violent attack by Wilson, who was about half my age and twice my strength. Hauser said he was "too busy" and he sent me away. Dissatisfied with Hauser's failures to take action to deal with these risks to my safety, I took my complaint up the chain of command.

7) On September 21, 2011, I met with Unit Manager R. Williams, a defendant. Williams listened to the details of this problem, then advised me to prepare and submit my complaint in writing, on a CDCR Form-22. I returned to my cell and prepared the Form-22 complaint, addressed to Mr. Williams.

8) On the morning of September 22 I saw Hauser. He told me to hand over the sealed and addressed Form-22 to him, for his delivery by hand, to his superior, Mr. Williams. I gave him the sealed envelope with the Form-22.

9) Two days passed, and Inmate Wilson's behavior worsened. I went to see Hauser again, because Williams' office was not immediately accessible from my housing area. I told Hauser of more trouble with Wilson. I asked if there was an answer to my written complaint, and he said no, nothing yet. I asked for a cell change. He said, "Not today."

10) Two more days passed, and on September 26th, I returned to see Hauser. I told him in detail of Wilson's escalating threats and verbal assaults. I told Hauser of my rapidly growing fears, based on my own years of prison experiences with violent inmates like Wilson.

11) Again, I asked Hauser for a cell move, and for Williams' response to the FORM-22 complaint/request that was lying there on Hauser's desk. Hauser told me that Unit Manager Williams had tasked him (Hauser) with handling this problem with my cellmate and me. I pled for a move, with no result. Hauser said he would look into it, but that no cells were available. I asked him to switch me with any other inmate. He did not answer me. I asked Hauser for my Inmate Copy of the Form-22, and give me a copy.

12) Despite Williams' knowledge of the details of these problems with Inmate Wilson, and his knowledge of Case Manager Hauser's unwillingness to act, Williams did not respond. Despite clear responsibility for Williams to answer my written complaint -- which he himself had requested I submit to him -- Unit Manager Williams did nothing that would avert or reduce the risks to my safety including the real risk of the battery I would soon suffer. Like the often-warned Case Manager Hauser, he was non-responsive and indifferent to these safety risks.

13) Wilson's tantrums and threats continued. And on two more occasions in the days that followed, I saw Hauser in my housing area. But on both occasions he refused to speak with me and sent me away. He was "too busy."

14) On the night of October 5, 2011, Inmate Wilson brutally battered me as I lay in my bed. This was a savage and prolonged attack lasting between ten and 20 minutes. I was completely overpowered and was beaten unconscious.

15) At two points in time during this long beating, I tried to summon help via the always-on IN-CELL EMERGENCY CALL BOX STAFF. But no staff answered, there was no response to my repeated calls for help. The beating continued.

I was beaten unconscious, with multiple broken bones and other injuries.                    RF

RONALD M. FELIMEIER vs. HAUSER, WILLIAMS, ET AL

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

42 U.S.C. §1983 : **ATTACHMENT PAGE**

### D. CAUSE OF ACTION
### COUNT I

**4. INJURY.** State how you were injured by the actions or inactions of the Defendant(s).

The plaintiff has suffered the following injuries due to 10/05/11 battery:

**CRANIAL/FACIAL INJURY**           <*> Ongoing/unremediated Injuries

LOSS OF CONSCIOUSNESS, CONCUSSION
FRACTURED EYE ORBIT/CHEEKBONE       <*>
FRACTURED NASAL BONES               <*>
FRACTURED SEPTAL CARTILAGE
DEFORMATION OF NOSE AND EYE ORBIT   <*>
LACERATIONS, CONTUSIONS, ABRASIONS
HEARING LOSS, RIGHT EAR             <*>
HEADACHES/SINUS PAIN                <*>
VERTIGO                             <*>
SLEEP, MENTAL FOCUS, MEMORY LOSS    <*>
SOCIAL ADJUSTMENT DIFFICULTIES      <*>
EMOTIONAL TRAUMA                    <*>

**TORSO**

RIGHT POSTERIOR/LATERAL RIB FRACTURES <*>
DORSAL/LUMBAR SPINAL SUBLUXATIONS   <*>
CONTUSION AND ABRASIONS

**LIMBS**

• RIGHT HAND/WRIST
PAINFUL LIMITED USE/MOVEMENT        <*>
CONNECTIVE TISSUE/MUSCULATURE DAMAGE <*>
CONTUSIONS AND ABRASIONS

• RIGHT FOREARM
CONNECTIVE TISSUE/MUSCULATURE DAMAGE <*>
CONTUSIONS AND ABRASIONS

• LEFT FOREARM/HAND/WRIST
CONNECTIVE TISSUE/MUSCULATURE DAMAGE
CONTUSIONS AND ABRASIONS

• RIGHT AND LEFT LEGS
CONTUSIONS AND ABRASIONS

FELDMEIER vs. HAUSER, WILLIAMS, ET AL

RF

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities            ☐ Mail              ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property          ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
PLAINTIFF SEEKS MONEY DAMAGES AS COMPENSATORY, PUNITIVE, AND DECLARATORY RELIEF, IN THEIR RESPECTIVE AMOUNTS TO BE DETERMINED BY A JURY OR THE COURT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/02/13__
DATE

_____
SIGNATURE OF PLAINTIFF

---

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

PROOF OF SERVICE BY MAIL
BY A PERSON IN STATE CUSTODY
(FED.R.CIV.P: 28U.S.C. §1746)

1. RONALD M. FELDMEIER, DECLARE I AM OVER 18 YEARS OF AGE AND A PARTY TO THIS ACTION. I AM A STATE PRISONER IN THE CUSTODY OF LA PALMA CORRECTIONAL CENTER, A CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS OUT-OF-STATE FACILITY OPERATED BY THE CORRECTIONS CORPORATION OF AMERICA, IN PINAL COUNTY, ARIZONA, IT 5501 NORTH LA PALMA ROAD, ELOY, ARIZONA 85131. MY CDCR NUMBER IS D29953.

ON 02 OCTOBER, 2013, I MAILED THE ATTACHED 42 USC §1983 CIVIL RIGHTS COMPLAINT BY A PRISONER WITH ATTACHMENTS

TO
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA
SANDRA DAY O'CONNOR UNITED STATES COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET   SPC-1
PHOENIX, AZ   85003-2118

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON 02 OCTOBER, 2013   BY [signature]