**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald M. Feldmeier,<br><br>    Plaintiff,<br><br>v.<br><br>P. Hauser, et al.,<br><br>    Defendants. | No. CV 13-02027-PHX-DGC (BSB)<br><br>**ORDER** |

Pending before the Court is Defendants' Motion for Judgment After Mandate. Doc. 89.

**IT IS ORDERED** that Defendants' Motion for Judgment After Mandate (Doc. 89) is **granted.** The Clerk of Court is directed to enter Judgment in favor of Defendants P. Hauser and R. Williams and against Plaintiff in the amount of $104.60.

Dated this 3rd day of February, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge